FILED

JAN 07 2026

CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | CASE NO. 3:26 CR 12 |
| v. | ) | JUDGE HELMICK |
| | ) | Title 18, United States Code, |
| DA'TAWN K. GRAHAM, | ) | Section 2252A(a)(2) and (b)(1) |
| | ) | MAGISTRATE JUDGE C |
| Defendant. | ) | |

## COUNT 1

(Receipt and Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2) and (b)(1))

The Grand Jury charges:

1. From in or about May 2023 to on or about July 22, 2025, in the Northern District of Ohio, Western Division, and elsewhere, Defendant DA'TAWN K. GRAHAM, who was previously convicted of Gross Sexual Imposition, in violation of Ohio Revised Code § 2907.05(A)(4) & (C), a felony of the third degree, in Lucas County Common Pleas Court case number G-4801-CR-0201102678-000 on or about April 4, 2012, did knowingly receive and distribute any child pornography using any means or facility of interstate or foreign commerce, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## FORFEITURE SPECIFICATION

The Grand Jury further charges:

2. The allegations of Count 1 are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253. As a result of the foregoing offense, Defendant DA'TAWN K. GRAHAM shall forfeit to

ORIGINAL

the United States: all visual depictions described in 18 U.S.C. § 2252A, and all books, magazines, periodicals, films, videotapes, and other matter which contain any such visual depictions, which were produced, transported, mailed, shipped or received in violation of 18 U.S.C. Chapter 110; any property constituting or traceable to gross profits or other proceeds obtained from the violation charged in Count 1; and, any property used or intended to be used to commit or to promote the commission of the violation charged in Count 1, and any property traceable to such property; including, but not limited to, the following:

    a.)    Black Apple iPhone (FBI Item # 1B3), seized on July 22, 2025;

    b.)    Apple iPad (FBI Item # 1B1), Serial Number QH254VNQW5, seized on July 22, 2025.

                                                            A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.